UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:26-mj-1260-SPF

JARVIS ROGERS
_____/

**O R D E R**

This cause came before the Court for a preliminary hearing on a criminal complaint charging the Defendant with being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g). (Doc. 1). At that proceeding, the Court heard testimony from DEA Special Agent Andrew Truong regarding the Defendant's alleged involvement in this offense. For the reasons stated by the Court at the conclusion of the hearing, the Court finds that there is probable cause to believe the Defendant committed the charged crime.

SO ORDERED in Tampa, Florida, this 10th day of February 2026.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record